```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ERIC LEDERER, | ) | |
| | ) | |
|     Plaintiff, | ) | 4:03CV3032 |
| | ) | |
|     v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
|     Defendant. | ) | |

Upon the filing of the plaintiff's status report, filing 29, and the unopposed request for further stay of the case,

IT IS ORDERED,

The request for further stay is granted and the parties are given until August 1, 2005 to file a further status report.

Dated May 4, 2005.

                                          BY THE COURT

                                          s/ *David L. Piester*
                                          David L. Piester
                                          United States Magistrate Judge