IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC LEDERER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3032 |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the filing of the unopposed Defendant's Motion to Extend Time to Submit Status Report (filing no. 31),

IT IS ORDERED,

That the motion is granted and the parties are given until August 15, 2005 to file a further status report.

Dated July 27, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge