```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA


ERIC LEDERER,                     )
                                  )
     Plaintiff,                   )    4:03CV3032
                                  )
     v.                           )
                                  )
UNITED STATES OF AMERICA,         )       ORDER
                                  )
     Defendant.                   )
```

Upon the filing of the plaintiff's status report, filing 33, and the unopposed request for further stay of the case,

IT IS ORDERED,

The request for further stay is granted and the parties are given until November 16, 2005 to file a further status report.

No further extensions will be granted.

Dated August 16, 2005.

                              BY THE COURT

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge