```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

ERIC LEDERER,                      )
                                   )
            Plaintiff,             )        4:03CV3032
                                   )
      v.                           )
                                   )
UNITED STATES OF AMERICA,          )           ORDER
                                   )
            Defendant.             )
                                   )
```

Upon the representation in the parties' status report, filing 35, that this case has been settled, subject to the completion of work and payment by the defendant,

IT IS ORDERED:

The parties are given until April 15, 2006 to file their dismissal documents with the court.

DATED this 9th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge