IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC LEDERER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3032 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the filing of plaintiff's status report and request for additional time, filing 37,

IT IS ORDERED:

Progression is stayed for an additional 90 days and the parties are given until July 17, 2006 to file their dismissal documents with the court.

DATED April 19, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge