## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC LEDERER, | ) | 4:03CV3032 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's unopposed motion to dismiss (filing 39), and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party paying its own costs.

June 12, 2006.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge